IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| BURTON KING | * | Case No.: 05-43699-jfs |
|     Debtor | | Chapter 7 |

\*     \*     \*     \*     \*

BURTON KING,
    Plaintiff
v.
Saul Kerpelman, Esq.
10 N Calvert Street
Suite 600
Baltimore, MD 21202

Brian Brown, Esq.
10 N Calvert Street
Suite 600
Baltimore, MD 21202

SAUL KERPELMAN & ASSOCIATES, PA
10 N Calvert Street
Suite 600
Baltimore, MD 21202
serve on: Saul Kerpelman, Esq.

## **COMPLAINT FOR VIOLATION OF DISCHARGE**

BURTON KING (hereinafter "Debtor"), by his attorney, David W Cohen, files this Motion to Reopen Case pursuant to Bankruptcy Code section 350 and Bankruptcy Rule 5010 and respectfully states:

### Introduction

1.    This is an action for actual and punitive damages filed by the debtor pursuant to Sections 105 and 524 of the Bankruptcy Code.

2.    This action is also filed to enforce the applicable Federal Rules of Bankruptcy Procedure to the extent the same apply to this case.

### Jurisdiction and Venue

3.    Jurisdiction is conferred on this Court pursuant to the provisions of Section 1334

of Title 28 of the United States Code in that this proceeding arises in and is related to the above-captioned Chapter 13 case under Title 11 and concerns property of the debtor in that case.

4. This Court has both personal and subject matter jurisdiction to hear this case pursuant to Section 1334 of Title 28 of the United States Code, Section 157(b)(2) of Title 28 of the United States Code.

5. This matter is a core proceeding and therefore the Bankruptcy Court has jurisdiction to enter a final order. However, in the unlikely event this case is determined to be a non-core proceeding then and in that event the Plaintiffs consents to the entry of a final order by the Bankruptcy Judge.

6. Venue lies in this District pursuant to Section 1391(b) of Title 28 of the United States Code.

## Parties

7. The Plaintiff in this case was a debtor under Chapter 7 of Title 11 of the United States Code in case number 05-43699 which case has been reopened to allow filing of this complaint.

8. The Defendants, Saul Kerpelman and Brian Brown are attorneys admitted to practice in the State of Maryland.

9. That the Defendant Saul Kerpelman & Associates. PA is a corporation engaged in the practice of law. Kerpelman and Brown actively participate in the said business.

10 That this case was filed as a voluntary proceeding under Chapter 7 of the United States Bankruptcy Code on or about October 16, 2005.

11. That the Debtor sent notice of the filing of this case to Saul Kerpelman, Esq. ("Kerpelman"), on behalf of certain named plaintiffs in lead paint actions pending at the time of

filing in Baltimore City.  Kerpelman retained counsel and was actively involved in all aspects of this case.

12. That the Debtor sought and obtained an order authorizing him to provide notice to all known and unknown lead plaintiffs by publication of a detailed advertisement in a paper of general circulation in the Baltimore area.  The Debtor complied with the terms of the order and published the advertisement, and certified publication to this Court.  Counsel engaged by Kerpelman were served with the Debtor's Motion and the certificate.

13. The Debtor obtained a discharge on or about February 21, 2007 and the case was subsequently closed by Final Decree on the same date.  Kerpelman received actual notice of the same.

14. That Kerpelman and his law firm, Saul Kerpelman & Associates. PA, in intentional and blatant defiance of this Court's orders and authority, has instituted lawsuits naming the Debtor as defendant in respect of lead paint claims which predate the filing of the petition and which are covered by the Discharge.

15. That subsequent to the Debtor's filing of a Motion to Reopen, which was served upon Kerpelman and his prior counsel, and indeed subsequent to a conversation between Debtor's Counsel and Brian Brown, the Defendants caused the Debtor to be served with an additional summons.

16. As a result, the Debtor has suffered serious emotional damage with attendant physical symptoms.  Among other things, the Debtor is afraid to answer his door, sits in his home with the curtains drawn and has withdrawn from much of his prior life.

CLAIM FOR RELIEF - WILLFUL VIOLATION OF THE DISCHARGE INJUNCTION

17. The allegations in paragraphs 1 through 17 of this complaint are realleged and

incorporated herein by this reference.

19. The Plaintiff is informed and believes and therefore alleges that the actions of the Defendants., and all of them in concert, constitute a gross violation of the discharge injunction imposed pursuant to 11 U.S.C. Section 524(a).

19. The Plaintiff is informed and believes and therefore alleges that the Defendants are seeking to recover money from the Debtors for which their clients have no legal right or claim and that such act or actions constitute unlawful and illegal acts in violation of the discharge injunction.

20. As a result of the above violations of 11 U.S.C. Section 524, the Defendants are liable to the Plaintiffs for actual damages and legal fees in an amount to be determined by this Court.

WHEREFORE, the debtor prays this Court:

A. . That the Plaintiff shall have and recover against Defendants actual damages that in the discretion of this Court is deemed appropriate;

B. That the Plaintiff have and recover against the Defendants a sum to be determined by the Court in the form of statutory damages;

C. That the Plaintiff shall have and recover against the Defendants and all reasonable legal fees and expenses incurred by their attorney;

      D.      That the Plaintiff shall have such other and further relief as the Court may deem just and proper.

                                          _S/David W. Cohen_____
                                          David W. Cohen
                                          1 North Charles Street
                                          Suite 350 Blaustein Building
                                          Baltimore, MD 21201
                                          Bar No. 03448
                                          (410) 837-6340

## CERTIFICATE OF SERVICE

I hereby Certify that on this _1_ day of __April, 2010 ,_ a copy of the foregoing, together with Proposed Order, was delivered by CM/ECF or mailed, postage prepaid, to the following parties: Saul Kerpelman, Esq., 10 N Calvert Street, Suite 600, Baltimore, MD 21202; Brian Brown, Esq., 10 N Calvert Street, Suite 600, Baltimore, MD 21202; Saul Kerperlman & Associates, PA, 10 N Calvert Street, Suite 600, Baltimore, MD 21202; Scott Foley, Esq, Counsel for Defendants, Shapiro Sher Guinot & Sandler, 36 S Charles Street, Suite 2000, Baltimore, MD 21201.

                                          ____S/David W. Cohen____
                                          David W. Cohen